AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

RECEIVED U.S. MARSHAL
2021 JAN 14 PM 12:21
MIDDLE DIST. OF FLORIDA
TAMPA

| United States of America | ) |
| v. | ) |
| | ) Case No. 8:21 cr 16 T 02 SPF |
| Israel Lavariega Antonio | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant* | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Israel Lavariega Antonio                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute and possess with intent to distribute five kilograms or more of cocaine.  Possession with intent to distribute five kilograms or more of cocaine while aboard a vessel subject to the jurisdiction of the United States. All in violation of Title 46, United States Code, Sections 70503(a) and 70506(a) and (b).

2021 JAN 29 PM 1:3   FILED

Date: 1-14-2021

City and state:    Tampa, Florida

_____
*Issuing officer's signature*

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

| Return |
|---|

This warrant was received on *(date)*  1-14-21  , and the person was arrested on *(date)*  1-25-21
at *(city and state)*  MIAMI, FL          .

Date:  1/27/21

_____
*Arresting officer's signature*                SIGN FOR ICE

Gary Scevole, DUSM
*Printed name and title*